| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN #294141 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | SCORPIO PURNELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00151 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE BAIL REVIEW HEARING; [~~PROPOSED~~] ORDER |
| vs. | Date: July 26, 2018 |
| SCORPIO PURNELL, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Scorpio Purnell, that the bail review hearing currently scheduled for July 25, 2018 at 2:00 p.m. be continued to July 26, 2018 at 2:00 p.m.

Pretrial services has indicated to counsel that an updated report will not be ready in time for the hearing if it remains scheduled for Wednesday, July 25, 2018 due to an overwhelming case load, but that the report will be ready in time for a hearing on Thursday, July 26, 2018. Given the importance of the pretrial services report in assessing whether conditions can be fashioned that would reasonably assure the safety of the community and the appearance of Mr. Purnell at future hearings, counsel believes a continuance is necessary to permit pretrial to conduct additional investigation and interview the new proposed third party custodians.

Accordingly, it is respectfully requested by the parties that this matter be continued for one court day to Thursday, July 26, 2018 at 2:00 p.m. No exclusion of time is necessary, as time has already been excluded through September 24, 2018.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 24, 2018	*/s/ Jeffrey Spivak*
Jeffrey Spivak
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 24, 2018	*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorneys for Defendant
SCORPIO PURNELL

## **O R D E R**

**IT IS SO ORDERED.**

The bail review hearing currently scheduled for July 25, 2018 is hereby continued to July 26, 2018 at 2:00 p.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated: __**July 24, 2018**__	/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE