McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCORPIO PURNELL,<br><br>Defendant. | CASE NO. 18-CR-00151-DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER<br><br>DATE: November 25, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 25, 2019.

2. By this stipulation, defendant now moves to continue the November 25, 2019 hearing to December 19, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to consult with his client, review the current documents, conduct investigation and prepare himself and his client for the sentencing hearing.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

1

into account the exercise of due diligence.

   c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 19, 2019      McGREGOR W. SCOTT
                United States Attorney

                /s/ JEFFREY A. SPIVAK
                JEFFREY A. SPIVAK
                Assistant United States Attorney

Dated: November 19, 2019      /s/ Harry Drandell
                Harry Drandell
                Counsel for Defendant
                SCORPIO PURNELL
                (approved by email on 11/18/2019)

**ORDER**

Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for November 25, 2019, is continued to December 19, 2019, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2019**      *Dale A. Drozd*
                UNITED STATES DISTRICT JUDGE