McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00151-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | DATE: December 19, 2019 |
| SCORPIO PURNELL, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for contested sentencing on December 19, 2019.

2. By this stipulation, defendant now moves to continue the December 19, 2019 hearing to January 16, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On December 12, 2019, at the request of defense counsel, the government provided additional supplemental discovery consisting of bank records, finger print analyses, and photographs. Counsel for defendant desires additional time to consult with his client, review the supplemental discovery, conduct investigation and prepare himself and his client for the sentencing hearing.

1

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  December 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  December 13, 2019

/s/ Harry Drandell
Harry Drandell
Counsel for Defendant
SCORPIO PURNELL
(approved by email on 12/132019)

**ORDER**

IT IS ORDERED that sentencing in this matter is continued from December 19, 2019, to January 16, 2020, at 9:30 am.

IT IS SO ORDERED.

Dated:  **December 13, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE