PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCORPIO D. PURNELL,<br>AKA MEHARIE KIDANE,<br><br>Defendant. | CASE NO.  1:18-CR-151-ADA-BAM<br><br>MOTION AND ORDER TO DISMISS REMAINING CHARGES IN SUPERVISED RELEASE PETITION (Doc. 105)<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Ana De Alba |

On August 15, 2023, the Court conducted a supervised revocation hearing for Defendant Scorpio Purnell. Pursuant to the terms of the agreement between the parties, and with the concurrence of the U.S. Probation Office, the United States agreed to move to dismiss at sentencing the remaining charges in the supervised release petition in this case. (Doc. 105). The United States neglected to do so. Consistent with the plea agreement, the United States now moves to dismiss charges two and three of the supervised release petition. (Doc. 105).

Dated: August 15, 2023                              PHILLIP A. TALBERT
                                                    United States Attorney

                                          By:   /s/ JEFFREY A. SPIVAK
                                                JEFFREY A. SPIVAK
                                                Assistant United States Attorney

1

ORDER

IT IS SO ORDERED.

Dated:   August 15, 2023

_____
UNITED STATES DISTRICT JUDGE