PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00151-NODJ-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION WITHOUT PREJUDICE |
| v. | |
| SCORPIO PURNELL, | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, United States Attorney, and JEFFREY A. SPIVAK, Assistant United States Attorney, hereby files this motion to dismiss the supervised release violation petition (ECF #129) without prejudice.

The United States requests that the Defendant be continued on Supervised Release on the same conditions imposed by the Court on August 15, 2023 (ECF #126), and that the December 10, 2024 status conference in this matter be vacated.

Dated: December 6, 2024　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MOTION TO DISMISS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCORPIO PURNELL,<br><br>　　　　　Defendant. | CASE NO: 1:18-CR-00151-NODJ-BAM<br><br>ORDER DISMISSING THE SUPERVISED RELEASE VIOLATION PETITION WITHOUT PREJUDICE |

Upon application of the United States of America,

IT IS HEREBY ORDERED that the supervised release petition is DISMISSED without prejudice.

Defendant is continued on Supervised Release on the same conditions imposed by the Court on August 15, 2023 (ECF #126), and the December 10, 2024 status conference in this case is VACATED.

IT IS SO ORDERED.

Dated: 12/6/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATE MAGISTRATE JUDGE

[PROPOSED] ORDER TO DISMISS